UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 18-10097-RGS

UNITED STATES OF AMERICA

v.

KAREM KAWAMURA

ORDER ON THE APPEAL OF THE MAGISTRATE JUDGE'S
FINDING OF PROBABLE CAUSE

April 17, 2018

STEARNS, D.J.

The appeal will be summarily dismissed. Defendant appealed to this court the Magistrate Judge's finding that probable cause supported the issuance of the underlying criminal complaint. The appeal was docketed in this court on April 10, 2018. On April 12, 2018, the Grand Jury indicted the defendant for the same offense, thereby superseding the Complaint. The government is correct that a Grand Jury indictment "conclusively determines the existence of probable cause." *Kaley v. United States*, 134 S. Ct. 1090, 1097 (2014). Consequently, there is no right of appeal of the Grand Jury's finding. The appeal must therefore be, and is, <u>DISMISSED</u>.

                                              SO ORDERED.
                                              /s/ Richard G. Stearns
                                              _____
                                              UNITED STATES DISTRICT JUDGE